```
                FILED          RECEIVED
                ENTERED        SERVED ON
                       COUNSEL/PARTIES OF RECORD

                     AUG 13 2013

                   CLERK US DISTRICT COURT
               BY:   DISTRICT OF NEVADA
                                          DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-012-GMN-(PAL) |
| KIYOSHI RICARDO HILL, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on August 13, 2013, defendant KIYOSHI RICARDO HILL pled guilty to Counts One and Two of a Two-Count Criminal Superseding Indictment charging him with Convicted Felon in Possession of Firearm and Ammunition, in violation of Title 18, United States Code, Sections 922(g)(1). This Court finds defendant KIYOSHI RICARDO HILL agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Superseding Indictment and agreed to in the Plea Agreement. Criminal Superseding Indictment, ECF No. 14; Plea Agreement, ECF No. ___.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Superseding Indictment, the Plea Agreement, and the offenses to which defendant KIYOSHI RICARDO HILL pled guilty. Criminal Superseding Indictment, ECF No. 14; Plea Agreement, ECF No. ___.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. a Colt, model 1911, .45 caliber semiautomatic pistol, serial number 70B55448;
2. a Ruger, model P95DC, 9 millimeter semiautomatic pistol, serial number 314-20986;
3. a Raven, model MP25, .25 caliber semiautomatic pistol, serial number 909078;
4. a Ruger, model P89DC, 9 millimeter semiautomatic pistol, serial number 313-80364;
5. .45 caliber ammunition;
6. 9 millimeter ammunition;
7. 4 rounds miscellaneous ammunition; and
8. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of KIYOSHI RICARDO HILL in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 13 day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE