RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Kiyoshi Ricardo Hill

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIYOSHI RICARDO HILL,<br><br>    Defendant. | Case No. 2:13-cr-00012-GMN-PAL-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Kiyoshi Ricardo Hill, that the Revocation Hearing currently scheduled on September 7, 2022, at 10:00 am., be vacated and continued to a date and time convenient to the Court, but no sooner than February 13, 2023.

This Stipulation is entered into for the following reasons:

1. The petition alleges conduct constituting new law violations. There is an open state criminal case based on these alleged new law violations. The next state court date is February 6, 2023. At that point, the parties should have an idea of how the state case will

proceed.  The parties have agreed that, to reach a resolution in the instant case, a continuance is necessary to determine how the state case will proceed.

    2.    The defendant is not in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 30th day of August 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

KIYOSHI RICARDO HILL,

       Defendant.

Case No. 2:13-cr-00012-GMN-PAL-1

**ORDER**

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 7, 2022, at 10:00 a.m., be vacated and continued to February 22, 2023 at the hour of 10:00 a.m.

     DATED this 31 day of August 2022.

_____
UNITED STATES DISTRICT JUDGE

3